THE STATE EX REL. BUTLER, APPELLANT, *v.* ROADWAY EXPRESS, INC. ET AL., APPELLEES.

[Cite as *State ex rel. Butler v. Roadway Express, Inc.*, 95 Ohio St.3d 362, 2002-Ohio-2339.]

(No. 2001–1175—Submitted April 9, 2002—Decided May 29, 2002.)

{¶ 1}  The judgment of the court of appeals is reversed.  The cause is returned to the Industrial Commission for relief consistent with *State ex rel. Gay v. Mihm* (1994), 68 Ohio St.3d 315, 626 N.E.2d 666.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

---

LUNDBERG STRATTON, J., dissenting.

{¶ 2}  I respectfully dissent and would affirm the judgment of the court of appeals.

MOYER, C.J., and COOK, J., concur in the foregoing dissenting opinion.

---

Butkovich, Schimpf, Schimpf & Ginocchio Co., L.P.A., James A. Whittaker and Stephen P. Gast, for appellant.

Taft, Stettinius & Hollister, L.L.P., and Cynthia C. Felson, for appellee Roadway Express, Inc.

Betty D. Montgomery, Attorney General, and Jeffrey B. Hartranft, Assistant Attorney General, for appellee Industrial Commission of Ohio.